UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| CHARLES WORKMAN, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> TEXAS EASTERN TRANSMISSION, LP, et al., <br><br> DEFENDANTS. | CASE NO. 5:20-cv-00396-JMH |

### AGREED ORDER OF DISMISSAL

Plaintiffs, Charles Workman, *et al.*, and Defendant, NDT Global LLC *f/k/a* NDT Systems & Services LLC, by counsel, having agreed that this matter should be dismissed, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that all claims in this matter against NDT Global LLC *f/k/a* NDT Systems & Services LLC are hereby **DISMISSED** in their entirety with prejudice, with each party to bear its own costs and expenses, including attorney fees, and that said judgment is final after the Court having determined that there is no just reason for delay.

Dated: April 14, 2022.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

Seen and Agreed to by:

*/s/ Ian T. Ramsey*
Ian T. Ramsey
Neil E. Barton
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
iramsey@stites.com
nbarton@stites.com

*Counsel for Defendant, NDT Global LLC*
*f/k/a NDT Systems & Services LLC*


*/s/ Brian D. Bailey (w/permission)*
Patrick S. McClure Esq.
Brian D. Bailey Esq.
McClure, McClure & Bailey PLLC.
Attorneys for Plaintiffs
326 West Main Street, Suite 207
PO BOX 214
Danville KY 40423-0214
Telephone: (859) 236-8888
mcclure@danvillekyattorney. corn
bailey@danvillelcyaftorney.com

*Counsel for Plaintiffs*