UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| CHARLES WORKMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 5:20-cv-00396-GFVT |
| ) | |
| v. ) | |
| ) | **ORDER** |
| TEXAS EASTERN TRANSMISSION, LP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

***** ***** ***** *****

This matter is before the Court on the parties' Agreed Order of Partial Dismissal. [R. 32.] The parties being in agreement, and the Court being sufficiently advised, it is hereby **ORDERED** that all claims by Plaintiffs Charles Workman, Tina Cox (individually and as the parent and next friend of the minor children O.C. and G.M.), O.C., G.M., Stephanie Moore (individually and as the parent and next friend of the minor children C.M., L.M., and J.M.), C.M., L.M., J.M., Billy Griffin (individually and as the parent and next friend of the minor child C.G.), C.G., and Sara Ebert against Defendants Texas Eastern Transmission, LP, Spectra Energy Operating Company, LLC, Spectra Energy Transmission Services, LLC, Spectra Energy Transmission Resources, LLC, Spectra Energy, LLC f/k/a Spectra Energy Corp., Enbridge (U.S.) Inc., and Michael Clem are hereby **DISMISSED WITH PREJUDICE**. The claims against the Defendants not named above shall remain.

This the 24th day of October, 2022.

Gregory F. Van Tatenhove
United States District Judge