UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| CHARLES WORKMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 5:20-cv-00396-GFVT |
| ) | |
| v. ) | |
| ) | **ORDER** |
| TEXAS EASTERN TRANSMISSION, LP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

***** ***** ***** *****

This matter is before the Court on the Plaintiffs' response to the Court's show cause order. [R. 35.] The Plaintiffs acknowledge and agree that all claims have been "ultimately resolved as between the relevant parties," and it is the Plaintiffs' belief that "the entirety of this case may now be Dismissed." *Id.* All claims by Plaintiff against all Defendants having been dismissed by this Court, and the Court being otherwise sufficiently advised, this action is hereby **STRICKEN** from the Court's **ACTIVE DOCKET.**

This the 1st day of May, 2023.

Gregory F. Van Tatenhove
United States District Judge